IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TANIA BAKER | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. WMN-11-3637 |
| PATRICIA MACK, | * | |
| Defendant | * | |
| | *** | |

**MEMORANDUM**

The above-captioned civil rights case was filed on December 19, 2011, together with a Motion to Proceed in Forma Pauperis.  ECF No. 2.  Because she appears to be indigent, Plaintiff's motion will be granted.

The Complaint purports to be a claim for violation of Plaintiff's tenant rights.  ECF No. 1 at p. 1. The facts provided are that Plaintiff was forced to obtain a protective order against her boyfriend, Edward McDowell.   She states she committed perjury when she got the order because she said McDowell lived with her but he did not.  She claims if she had not stated McDowell lived with her, she would have faced eviction from her housing manager.  Id. at p. 2.

The Complaint does not provide Defendant "fair notice" of the claim or the facts upon which they are based.  Federal Rule of Civil Procedure Rule 8(a)(2) requires "a short and plain statement of the claim showing that the pleader is entitled to relief," and Rule 8(e)(1) requires that each averment of a pleading be "simple, concise, and direct." A pleading "does not have to set out in detail the facts on which the claim for relief is based," 2 Moore's Federal Practice ¶ 8.04[1], at 8-22 (3d ed.2002), but must give the court and the defendant "fair notice of what plaintiff's claim is and the grounds upon which it rests." Swirkiewicz v. Sorema N.A., 534 U.S. 506, 512, (2002) (quoting Conley v. Gibson, 355 U.S. 41, 47 (1957)).

There are no allegations in the complaint that would lead a reasonable person to believe that Defendant discriminated against Plaintiff in providing her housing. The attachments provided with Plaintiff's Complaint do not provide any clarification of the claim alleged. They consist of various state court documents pertaining to the order of protection she obtained against McDowell. There are no factual allegations regarding Defendant or how she allegedly violated Plaintiff's rights. Accordingly, by separate Order which follows, the Complaint will be dismissed.

/s/

 12/29/2011 
Date

William M. Nickerson
Senior United States District Judge